435 A.2d 1318

Commonwealth v. Levenite, Appellant.
Petition for Allowance of Appeal Denied Nov. 30, 1981.

Argued January 27, 1981. Janet W. Mason, Assistant Public Defender, for appellant; Donald A. Mancini, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, JOHNSON and LIPEZ, JJ.

Judgment of sentence dated June 24, 1980 is affirmed.